JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES KEONE ELLIOTT, | ) | No. SA CV 10-01660-MMM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FRED FIGUEROA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: September 30, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE